LEANDRE MARTELL
Name
S.D.C.C P.O BOX 208
INDIAN SPRINGS, NV 89070

#1248296
Prison Number

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

LEANDRE MARTELL,
                          Plaintiff

vs.

Julie Williams,

Richard Houck,

_____,

_____,

_____,
                          Defendant(s).

Case No. _____
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

A.    JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, LEANDRE MARTELL,
(print plaintiff's name)

who presently resides at SOUTHERN DESERT CORRECTIONAL CENTER, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

HIGH DESERT STATE PRISON                            on the following dates:
(institution/city where violation occurred)

12/03/2021  ,  01/21/2022  , and _____.
(Claim 1)      (Claim 2)         (Claim 3)

Revised 7/8/19

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **Julie Williams** (full name of first defendant) resides at **High Desert State Prison** (address of first defendant), and is employed as **Associate Warden** (defendant's position and title, if any). This defendant is sued in his/her _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty at High Desert State Prison under the N.D.O.C Julie Williams allowed me to be retaliated against

3) Defendant **Richard Houck** resides at **High Desert State Prison**, and is employed as **CC II Unit Caseworker**. This defendant is sued in his/her _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty at High Desert State Prison under the N.D.O.C Richard Houck maliciously disposed of my grievance's in retaliation

4) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

5) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

6) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

## B. NATURE OF THE CASE

8) Briefly state the background of your case.

THE ASSOCIATE WARDEN AND GRIEVANCE COORDINATOR Julie Williams WAS NOTIFIED BY SERGENT W. CLAYTON THAT RICHARD HOUCK THE UNIT CASEWORKER WAS REFUSING TO SUBMIT MY GRIEVANCES IN ATTEMPT TO CHALLENGE THE LENGTH OF MY SENTENCE. Julie Williams REFUSED TO INTERVENE OR INVESTIGATE THE MATTER. I THEN ATTEMPTED TO GRIEVE RICHARD HOUCK FOR HIS DELIBERATE INDIFFERENCE AND MALICIOUS CONDUCT AND HE RETALIATED AGAINST ME FOR THE USE OF PROTECTED ACTIVITY BY UNLAWFULLY DISPOSING MY CLAIMS BEFORE THEY REACHED HIS SUPERVISOR

3

## C. CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: FIRST AMENDMENT RETALIATION CLAIM FOR EXERCISING MY RIGHT TO PETITION AND SEEK REDRESS FROM THE GOVERNMENT. AMOUNTING TO CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT OF THE U.S.C

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I ARRIVED AT HIGH DESERT STATE PRISON ON 09·02·2021 CLASSIFIED AND HOUSED. ON 09·06·2021 I SUBMITTED GRIEVANCE # 2006-31-29079 ATTEMPTING TO CHALLENGE THE LENGTH OF MY SENTENCE REGARDING WORK TIME & GOOD TIME CREDITS AVAILABLE TO INMATES UNDER THE SAME CATEGORY OF OFFENSES PER NRS. 209.4465. ON 10·12·2021 MY GRIEVANCE WAS REJECTED BY F. DRESSEN PURSUANT TO A.R T40.05 (6) FAILING TO STATE A REMEDY. RICHARD HOUCK THE CASEWORKER did NOT NOTIFY ME OF THIS finding UNTIL 12·03·2021. DUE TO THE FACT OF PREVIOUS ALTERCATIONS WITH MR HOUCK HE HELD ON TO THIS GRIEVANCE ATTEMPTING TO PREVENT ME from CHALLENGING MY SENTENCE THROUGH N.D.O.C. HOWEVER THE ATTACHED IMPROPER GRIEVANCE MEMO INSTRUCTED ME TO CORRECT MY GRIEVANCE AND RESUBMIT WITHIN 5 days FOR FUTHER REVIEW OR MY CLAIM WOULD BE CONSIDERED ABANDONED.
I fixed all ERRORS AND RESUBMITTED MY GRIEVANCE TO RICHARD HOUCK THE SAME DAY 12·03·21 FOR REVIEW. AGAIN RICHARD HOUCK WITH MALICIOUS INTENT PREVENTING ME FROM CHALLENGING THE length of MY SENTENCE WITH HELD MY GRIEVANCE REFUSING TO RESUBMITT IT FOR REVIEW. MR RICHARD HOUCK WOULD WALK BY MY CELL MAKING COMMENTS SAYING THAT I WOULD NOT BE GOING HOME IF HE HAD ANYTHING TO DO WITH IT. BEING THAT HE HANDLES ALL MY PAPERWORK AND BOARD APPLICATION ANYBODY CAN CONCLUDE THESE WERE NOT EMPTY PROMISES AND MY GRIEVANCE WAS CONSIDERED ABANDONDED.

4

# CLAIM 2

The following civil rights have been violated: FIRST AMENDMENT RETALIATION CLAIM FOR ATTEMPTING TO NOTIFY RICHARD HOUCKS SUPERVISORS OF HIS MISCONDUCT AND DELIBERATE INDIFFERENCE RESULTING IN CRUEL AND UNUSUAL PUNISHMENT.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

ON 01-21-2022 48 DAYS AFTER 12-03-21 RICHARD HOUCK RETURNED MY SAME GRIEVANCE CHALLENGING THE LENGTH OF MY SENTENCE CLAIMING THAT IT HAD BEEN DENIED A SECOND TIME. UPON A THOROUGH INSPECTION I AND SERGENT W. CLAYTON CONCLUDED IT HAD NEVER BEEN RESUBMITTED BECAUSE IT DID NOT COME WITH A NEW OR UPDATED "IMPROPER GRIEVANCE MEMO" EXPLAINING A SECOND REJECTION, OR STATING ANY NEW FACTS OR FINDINGS. I NOTIFIED RICHARD HOUCK AND HIS ONLY REPLY WAS TO GIVE IT BACK AND HE'LL SEE WHAT HE COULD DO. IN FEAR OF HIM COMPLETELY LOSING ALL MY IMPORTANT DOCUMENTS THAT WERE ATTACHED I DECLINED AN FILED AN EMERGENCY GRIEVANCE WITH SERGENT CLAYTON. MR CLAYTON THEN NOTIFIED JULIE WILLIAMS THE ASSOCIATE WARDEN AND GRIEVANCE COORDINATOR THAT I'VE BEEN HAVING ISSUES WITH MR. RICHARD HOUCK AND HE WAS PERSONALLY PREVENTING MY PETITION TO BE HEARD. JULIE WILLIAMS INSTRUCTED SERGENT CLAYTON TO HAVE ME WRITE ANOTHER GRIEVANCE REGARDING HOUCKS NEGLIGENCE AND MISCONDUCT AND TO ALSO RESUBMIT MY ORGINAL GRIEVANCE # 2006-31-29079 FOR REVIEW. SERGENT CLAYTON INFORMED JULIE WILLIAMS BEING THE GRIEVANCE COORDINATOR SHOULD COME PICK IT UP HERSELF. SINCE SINCE I WAS GRIEVING MR HOUCK HE SHOULDN'T BE THE ONE HANDLING ESPECIALLY WITH ME ALREADY CLAIMING HOUCK REFUSING TO SUBMIT MY GRIEVANCES. I WAS ALSO ATTEMPTING TO CHALLENGE THE LENGTH OF MY SENTENCE SO MY GRIEVANCE WAS IMPORTANT TO MY CONDITIONS OF CONFINEMENT, IT WAS NOT TO BE MISHANDLED. JULIE WILLIAMS DELIBERATELY REFUSED TO INTERVENE OR INVESTIGATE THIS MATTER. JULIE WILLIAMS THEN TOLD SERGENT CLAYTON TO HAVE

PG. 5A Continued

me write the grievance against Mr Houck and allow Mr. Houck to process it. Then Sergent Clayton being the only one to help me instructed me to write the grievance as Julie Williams instructed. But to hand it to him personally so that he can place it into the grievance box to be a witness that it was submitted correctly pursuant to AR 740.01(2). Sergent Clayton locked it inside the box on 01-24-2022 and stated that if it does not reach the grievance Coordinator, it's because Richard again with held it.

Today's date is May 19th, 2022 4 months later and my grievance was never submitted and logged for review and it's been 8 months that I have yet been able to challenge the length of my sentence. In my grievance not only was I attempting to again challenge the length of my sentence but I requested Mr Houck be put under investigation and relieved of his duties permanitely. Any reasonable human-being can conclude that Mr Houck pick up my grievance, read it and refused to submit the allegations against him knowing he was completely malicious, sadistic and wrong, which would've led to serious discipline. Mr Houck was completely unaware that Sergent Clayton was acting as my witness. Richard Houck has a long history of complaints and his supervisors refuse to eliminate the problem, allowing many inmates to suffer from his negligence and misconduct.

I no longer have enough time in prison to begin this lengthly process for a third time. A grievance can no longer offer me any remedy I deserve. I was robbed and cheated out of my fair opportunity to challenge the length of my sentence which ultimately injured and caused prejudice my entire stay in the Nevada Department of Corrections.

When Associate Warden and grievance coordinator Julie Williams was notified by Sergent Clayton regarding Richard Houcks misconduct and

PG. 5b Continued

Failed to intervene, she became an accomplance! Julie Williams had clearly afforded Richard Houck the opportunity to again silence my complaint, violating my rights. I am entitled to petiton the government and seek redress and to be free from retaliation for do so. Both Julie Williams and Richard Houck demostrated deliberate indifference to my needs, Julie Williams out of willing negligence, and Mr Houck malicious and sadistically. Richard Houck purposely preventing me from challenging the length of my sentence is cruel and unusual punishment based on malicious intent causing me to spend more time in prison than the courts mandated me to spend.
I have copies of all documents and grievances. I am sueing Associate Warden Julie Williams and Richard Houck in their offical capacity for violating company policy deliberately and also individually for each of their roles in preventing my petition from being heard.

# CLAIM 3

The following civil rights have been violated: N/A

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

N/A

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or ~~No~~ If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: _____

   b) Name of court and docket number: _____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

   d) Issues raised: _____ N/A _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or ~~No~~ If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____ N/A _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

7

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____ N/A _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____ N/A _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

## D. REQUEST FOR RELIEF

I believe I am entitled to the following relief: I AM SEEKING COMPENSATORY DAMAGES FOR THE EXTRA 9 MONTHS I'VE STAYED IN PRISON FROM NOT BEING ABLE TO CHALLENGE THE LENGTH OF MY SENTENCE @ $100 A DAY, ALSO FOR PAIN AND SUFFERING @ $50 A DAY FOR THE EXTRA 9 MONTHS. I AM ALSO SEEKING PUNITIVE DAMAGES FOR THE MALICIOUS AND ~~NEGLIGENCE OF~~ NEGLIGENT ACTIONS OF THESE TWO EMPLOYES IN THE AMOUNT OF $10,000 EACH. IN TOTAL COMBINED OF COMPENSATORY & PUNITIVE DAMAGES, I'm REQUESTING TO BE AWARDED THE AMOUNT OF $60,950 IN DAMAGES.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

05·19·2022
(date)

9