UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEANDRE MARTELL,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>JULIE WILLIAMS, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:22-cv-00858-RFB-BNW<br><br>**ORDER** |

**I.     DISCUSSION**

On January 3, 2023, the Court directed Plaintiff to file an updated address and an application to proceed *in forma pauperis* by a non-prisoner by February 13, 2023, because Plaintiff was no longer incarcerated. (ECF No. 6).  Plaintiff did not comply. However, before the Court dismissed the case, Plaintiff submitted a motion to extend time to comply with that previous order noting that Plaintiff had been subject to homelessness and instability.  (ECF No. 11).

The Court grants Plaintiff's motion for an extension of time to file an application to proceed *in forma pauperis* by a non-prisoner, or to pay the full filing fee of $402 by April 28, 2023.  If Plaintiff timely complies with this order, the Court will schedule this case for an inmate early mediation pursuant to the screening order. (*See* ECF No. 3).

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 11) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send Plaintiff: (1) the approved form application to proceed *in forma pauperis* by a non-prisoner; (2) the document entitled information and instructions for filing an *in forma pauperis* application for a non-prisoner; and (3) a copy of the screening order (ECF No. 3).

**IT IS FURTHER ORDERED** that, by April 28, 2023, Plaintiff will either: (1) file a

fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

**IT IS FURTHER ORDERED** that, if Plaintiff timely complies with this order, the Court will schedule this case for an inmate early mediation.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: March 31, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE