# EXHIBIT A

JOC C-21-356786-1

# EXHIBIT A

1248296
2021-105082
HDSP

Electronically Filed
08/30/2021 1:41 PM

CLERK OF THE COURT

JOCP

DISTRICT COURT

CLARK COUNTY, NEVADA

THE STATE OF NEVADA,

    Plaintiff,

-vs-

LEANDRE MARTELL
#7515467

    Defendant.

CASE NO. C-21-356786-1

DEPT. NO. XV

## JUDGMENT OF CONVICTION
### (PLEA OF GUILTY)

The Defendant previously appeared before the Court with counsel and entered a plea of guilty to the crime of BATTERY CONSTITUTING DOMESTICE VIOLENCE – STANGULATION (Category C Felony) in violation of NRS 200.481, 200.485, 33.018; thereafter, on the 26th day of August, 2021, the Defendant was present in court, via Blue jeans, for sentencing with counsel MATTHEW J. STROMENGER, ESQ., and good cause appearing,

THE DEFENDANT IS HEREBY ADJUDGED guilty of said offense and, in addition to the $25.00 Administrative Assessment Fee, $35.00 Domestic Violence Fee and $3.00 DNA Collection Fee, the Defendant is sentenced as follows: a MAXIMUM of THIRTY (30)

Statistically closed: A. USJR - CR - Guilty Plea With Sentence (Before trial) (USGPB)

MONTHS with a MINIMUM parole eligibility of TWELVE (12) MONTHS in the Nevada Department of Corrections (NDC), CONCURRENT with C-21-356464-1; with EIGHTY-SIX (86) DAYS credit for time served. As the $150.00 DNA Analysis Fee and Genetic Testing have been previously imposed, the Fee and Testing in the current case are WAIVED.

Dated this 30th day of August, 2021

32B 3F9 E0F8 A0DC
Joe Hardy
District Court Judge

August 31, 2021



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))