# EXHIBIT B

JOC C-21-356464-1

# EXHIBIT B

Electronically Filed
08/23/2021 4:13 PM
CLERK OF THE COURT

JOCP

DISTRICT COURT

CLARK COUNTY, NEVADA

THE STATE OF NEVADA,

    Plaintiff,

-vs-

LEANDRE MARTEL aka
Leandre Martell
#7515467

    Defendant.

CASE NO.  C-21-356464-1

DEPT. NO.  XXIV

5/16/21

JUDGMENT OF CONVICTION

(PLEA OF GUILTY)

The Defendant previously appeared before the Court with counsel and entered a plea of guilty to the crime of ATTEMPT COERCION (Category C Felony) in violation of NRS 207.190, 193.330; thereafter, on the 23rd day of August, 2021, the Defendant was present in court for sentencing with counsel MATTHEW J. STROMENGER, ESQ., and good cause appearing,

THE DEFENDANT IS HEREBY ADJUDGED guilty of said offense and, in addition to the $25.00 Administrative Assessment Fee, $1,500.00 Restitution payable to Danielle Kierstead and $150.00 DNA Analysis Fee including testing to determine

genetic markers plus $3.00 DNA Collection Fee, the Defendant is sentenced as follows: a MAXIMUM of THIRTY (30) MONTHS with a MINIMUM parole eligibility of TWELVE (12) MONTHS in the Nevada Department of Corrections (NDC); with ONE HUNDRED (100) DAYS credit for time served.

Dated this 23rd day of August, 2021

AE8 CB2 7540 3278
Erika Ballou
District Court Judge

August 25, 2021



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))