# EXHIBIT C

BED HISTORY

# EXHIBIT C



# State of Nevada
## Department of Corrections
### Historical Bed Assignments

**Offender Name:** MARTELL, LEANDRE  **Status:** INACTIVE-DSCHREL
**NDOC ID:** 1248296  **Booking Begin Date:** 09/02/2021
**Booking No:** 2021-105082  **Booking End Date:** 08/24/2022

| Location | Assignment Begin Date | Assignment End Date |
| --- | --- | --- |
| HDSP-RC | 09/02/2021 | 09/02/2021 |
| HDSP-U1-A-39-A | 09/02/2021 | 09/27/2021 |
| HDSP-U2-C-25-B | 09/27/2021 | 02/17/2022 |
| SDCC-RC | 02/17/2022 | 02/17/2022 |
| SDCC-U2-A-12-B | 02/17/2022 | 03/22/2022 |
| SDCC-U2-A-25-A | 03/22/2022 | 03/30/2022 |
| SDCC-U11-B-2-M | 03/30/2022 | 07/28/2022 |
| SDCC-U5-C-11-B | 07/28/2022 | 08/18/2022 |
| SDCC-U7-C-28-B | 08/18/2022 | 08/24/2022 |