# EXHIBIT F

## CREDIT HISTORY REPORT FOR MAXIMUM TERM IN C-21-356464-1

# EXHIBIT F

# State of Nevada
## Department of Corrections
### Credit History by Sentence
MAX Term

| Offender: MARTELL, LEANDRE - 0001248296 | | | | | | Sentence: 1 | | Count: 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Current Earned Expiration Date: | | |

| Case | Sentence Dt | JC | Retro Dt | MAX Term | Days Owed | PED | PEXD | Status |
|---|---|---|---|---|---|---|---|---|
| C-21-356464-1 | 08/23/2021 | 100 | 05/15/2021 | 0y 30m 0d | 914 | 05/14/2022 | 08/11/2022 | D |

| From Date | To Date | Adjust Code | Adjust Days | Comments | Days Remaining |
|---|---|---|---|---|---|
| 05/15/2021 | 05/31/2021 | FLAT | 17 | No Comment | 897 |
| 05/15/2021 | 05/31/2021 | STAT | 11 | No Comment | 886 |
| 05/15/2021 | 05/31/2021 | WORK | 0 | No Comment | 886 |
| 06/01/2021 | 06/30/2021 | FLAT | 30 | No Comment | 856 |
| 06/01/2021 | 06/30/2021 | STAT | 20 | No Comment | 836 |
| 06/01/2021 | 06/30/2021 | WORK | 0 | No Comment | 836 |
| 07/01/2021 | 07/31/2021 | FLAT | 31 | No Comment | 805 |
| 07/01/2021 | 07/31/2021 | STAT | 20 | No Comment | 785 |
| 07/01/2021 | 07/31/2021 | WORK | 0 | No Comment | 785 |
| 08/01/2021 | 08/22/2021 | FLAT | 22 | No Comment | 763 |
| 08/01/2021 | 08/22/2021 | STAT | 15 | No Comment | 748 |
| 08/01/2021 | 08/31/2021 | WORK | 0 | Reduction for not working | 748 |
| 08/23/2021 | 08/31/2021 | FLAT | 9 | No Comment | 739 |
| 08/23/2021 | 08/31/2021 | STAT | 5 | No Comment | 734 |
| 09/01/2021 | 09/30/2021 | FLAT | 30 | No Comment | 704 |
| 09/01/2021 | 09/30/2021 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 699 |
| 09/01/2021 | 09/30/2021 | STAT | 20 | No Comment | 679 |
| 09/01/2021 | 09/30/2021 | WORK | 0 | Reduction for not working | 679 |
| 10/01/2021 | 10/31/2021 | FLAT | 31 | No Comment | 648 |
| 10/01/2021 | 10/31/2021 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 643 |
| 10/01/2021 | 10/31/2021 | STAT | 20 | No Comment | 623 |
| 10/01/2021 | 10/31/2021 | WORK | 0 | Reduction for not working | 623 |
| 11/01/2021 | 11/30/2021 | FLAT | 30 | No Comment | 593 |
| 11/01/2021 | 11/30/2021 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 588 |
| 11/01/2021 | 11/30/2021 | STAT | 20 | No Comment | 568 |
| 11/01/2021 | 11/30/2021 | WORK | 0 | Reduction for not working | 568 |
| 12/01/2021 | 12/31/2021 | FLAT | 31 | No Comment | 537 |
| 12/01/2021 | 12/31/2021 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 532 |
| 12/01/2021 | 12/31/2021 | STAT | 20 | No Comment | 512 |
| 12/01/2021 | 12/31/2021 | WORK | 0 | Reduction for not working | 512 |
| 01/01/2022 | 01/31/2022 | FLAT | 31 | No Comment | 481 |
| 01/01/2022 | 01/31/2022 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 476 |
| 01/01/2022 | 01/31/2022 | STAT | 20 | No Comment | 456 |
| 01/01/2022 | 01/31/2022 | WORK | 0 | Reduction for not working | 456 |
| 02/01/2022 | 02/28/2022 | FLAT | 28 | No Comment | 428 |
| 02/01/2022 | 02/28/2022 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 423 |
| 02/01/2022 | 02/28/2022 | STAT | 20 | No Comment | 403 |

The PEXD is the 'Projected Expiration Date', as such it is a projected date, and should only be considered an approximation of the actual release date. When NDOC staff have determined the actual release date, the offender's release caseworker will be informed. Entries in Blue are future credits that have not been earned yet.

| Offender: MARTELL, LEANDRE - 0001248296 | | | | | | Sentence: 1 | | Count: 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Current Earned Expiration Date: |

| Case | Sentence Dt | JC | Retro Dt | MAX Term | Days Owed | PED | PEXD | Status |
|---|---|---|---|---|---|---|---|---|
| C-21-356464-1 | 08/23/2021 | 100 | 05/15/2021 | 0y 30m 0d | 914 | 05/14/2022 | 08/11/2022 | D |

| From Date | To Date | Adjust Code | Adjust Days | Comments | Days Remaining |
|---|---|---|---|---|---|
| 02/01/2022 | 02/28/2022 | WORK | 0 | Reduction for not working | 403 |
| 03/01/2022 | 03/31/2022 | FLAT | 31 | No Comment | 372 |
| 03/01/2022 | 03/31/2022 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 367 |
| 03/01/2022 | 03/31/2022 | STAT | 20 | No Comment | 347 |
| 03/01/2022 | 03/31/2022 | WORK | 0 | Reduction for not working | 347 |
| 03/30/2022 | 05/12/2022 | MR_CP_GIR | 30 | Getting It Right: Contributing to the Community | 317 |
| 04/01/2022 | 04/30/2022 | FLAT | 30 | No Comment | 287 |
| 04/01/2022 | 04/30/2022 | MR_SV_AB2 | 5 | AB241 Credit: ARTF4954: | 282 |
| 04/01/2022 | 04/30/2022 | MR_SV_PAN | 10 | Pandemic Meritorious Service Credit: ARTF5564: | 272 |
| 04/01/2022 | 04/30/2022 | STAT | 20 | No Comment | 252 |
| 04/01/2022 | 04/30/2022 | WORK | 0 | Reduction for not working | 252 |
| 05/01/2022 | 05/31/2022 | FLAT | 31 | No Comment | 221 |
| 05/01/2022 | 05/31/2022 | MR_SV_PAN | 10 | Pandemic Meritorious Service Credit: ARTF5564: | 211 |
| 05/01/2022 | 05/31/2022 | STAT | 20 | No Comment | 191 |
| 05/01/2022 | 05/31/2022 | WORK | 0 | Reduction for not working | 191 |
| 05/24/2022 | 06/16/2022 | MR_CP_MRT | 15 | Moral Reconation Therapy Phase I | 176 |
| 06/01/2022 | 06/30/2022 | FLAT | 30 | No Comment | 146 |
| 06/01/2022 | 06/30/2022 | MR_SV_PAN | 10 | Pandemic Meritorious Service Credit: ARTF5564: | 136 |
| 06/01/2022 | 06/30/2022 | STAT | 20 | No Comment | 116 |
| 06/01/2022 | 06/30/2022 | WORK | 0 | Reduction for not working | 116 |
| 06/02/2022 | 06/28/2022 | MR_CP_MRT | 15 | Moral Reconation Therapy Phase II | 101 |
| 06/29/2022 | 07/12/2022 | MR_CP_MRT | 15 | Moral Reconation Therapy Phase III | 86 |
| 07/01/2022 | 07/31/2022 | FLAT | 31 | No Comment | 55 |
| 07/01/2022 | 07/31/2022 | MR_SV_PAN | 15 | Pandemic Meritorious Service Credit: ARTF5564: | 40 |
| 07/01/2022 | 07/31/2022 | STAT | 20 | No Comment | 20 |
| 07/01/2022 | 07/31/2022 | WORK | 0 | Reduction for not working | 20 |
| 08/01/2022 | 08/11/2022 | FLAT | 11 | No Comment | 9 |
| 08/01/2022 | 08/11/2022 | STAT | 6 | No Comment | 3 |
| 08/01/2022 | 08/11/2022 | WORK | 3 | No Comment | 0 |

The PEXD is the 'Projected Expiration Date', as such it is a projected date, and should only be considered an approximation of the actual release date. When NDOC staff have determined the actual release date, the offender's release caseworker will be informed. Entries in Blue are future credits that have not been earned yet.