# EXHIBIT H

HDSP OP 740
EFFECTIVE 12/02/2016

# EXHIBIT H

**NEVADA DEPARTMENT OF CORRECTIONS**
**HIGH DESERT STATE PRISON**

**OPERATIONAL PROCEDURE**
**740**

**INMATE GRIEVANCE PROCEDURE**

| | |
|---|---|
| **Supersedes:** | O.P. 740 (09/20/16) |
| **Effective Date:** | 12/02/16 |
| **Review Date:** | 12/02/17 |

## PURPOSE AND OBJECTIVE

This operating procedure establishes guidelines for implementation of AR 740, (Inmate Grievance Procedure), with specifics unique to High Desert State Prison.

This procedure does not and is not intended to create any liberty interest on behalf of or in favor of any inmate or other persons.

## AUTHORITY

A.R.740  Inmate Grievances
PREA Standard 115.51 Inmate Reporting
PREA Standard 115.52 Exhaustion of Administrative Remedies

## RESPONSIBILITY

It is the responsibility of the **Associate Wardens of Programs (AWP)** to ensure **compliance with** this procedure.  It is also the responsibility of the **(AWP)** to ensure mid-level management staff properly trains personnel in their areas of responsibility **regarding the** implementation of this procedure.

## PROCEDURES

### 740.01        GENERAL

1.    The Inmate Grievance Procedure (AR 740) shall be made accessible to all inmates.  Copies of AR 740 will be available for check out by inmates in Law Library.

2.    **The Law Librarian** will be responsible for checking out copies of AR 740 to inmates at their request.

3.    In order to check out the copy of AR 740, the inmate must request the document from the Law Librarian via Inmate request form or in person and submit their NDOC identification upon receipt of the document.

4.  Inmates may only review one Operational Procedure (**OP**) at a time.

5.  If an inmate wishes to check out a copy of an OP it will be requested **on a Law Library Supply and Book Request form, DOC 304** to be completed and then placed in the Request bin on the clerk's desk. **The OP must be returned within 10 days.**

6.  After the inmate has returned the document, **the Law Librarian** will inspect it to ensure that all pages are intact and undamaged.

7.  If the document has sustained damage the inmate returning the document will receive a notice of charges for damaging the document.

8.  Informal Grievance Forms DOC 3091 (Attachment A) will be made available to the inmates through unit Custody staff and/or their caseworker.

9.  If an inmate expires his sentence or leaves the Nevada Department of Corrections (NDOC) on parole, the grievance will be finalized at the current level.  No further appeal may occur.  It is the responsibility of the inmate to provide a forwarding address to receive a response to any ending grievances.

10. Caseworkers will be allowed unimpeded access throughout the institution for the purpose of investigating grievances.

11. Grievances are considered legal documents and shall be handled accordingly.

## 740.02        GRIEVANCE PROCESS

1.  **Prior to filing an Informal Grievance the inmate shall attempt to resolve the issue, if the inmate does not receive satisfaction in his efforts to resolve a problem or issue he may pursue the issue through the grievance process by the following steps:**

    • The inmate will request an Informal Grievance Form DOC 3091 from unit staff.  The inmate must complete the form, legibly and coherently, listing his problem or issue, including remedy sought, and deposit the grievance form in the lock box located on the unit tier.

        o A Property Claim Form DOC 3026 (Attachment B) will be completed and submitted in addition to the grievances for all property loss or damage claims.
        o An Administrative Claim Form DOC 3095 (Attachment C) will be completed and submitted in addition to the grievance for all personal injury, tort or civil rights claims.
        o If additional space is necessary to explain the issue, the inmate must use the Grievant's Statement Continuation Form DOC 3097 (Attachment D).

    • The grievance will then be picked up by the **AWP or Correctional Casework Specialist (CCS)**, who is responsible for checking the grievance lock boxes and picking up grievances in the section daily excluding weekends and holidays.

- The collected grievances will be delivered to the **appropriate AWP's assistant. The grievances will be date stamped and delivered to the AWP for review.**
- Grievances that have been determined to be filed improperly will be identified for return to the inmate(s) with a Grievance Memorandum DOC 3098 (Attachment E) attached explaining why the grievance was not accepted. The **AWP** will then return all grievances to his assistant.

- The **AWP's** assistant will enter all grievances into NOTIS in the Inmate Issues Screen (OIDISSUE) and assign and e-mail the grievance(s) out to the responsible **Supervisor, Manager** (or designee) for investigation and response.

- Upon receipt of the grievance(s) the assigned **Supervisor or Manager** will review the grievance as it relates to the inmate's issue and proceed with an investigation including consultation with all aggrieved parties as to the relevance of the issue. The **Supervisor, Manager (or designee)**, after investigating the grievance, will provide an appropriate response to the inmate's grievance within **ten (10) calendar** days of the grievance's entry, and e-mail the response to the **AWP's** assistant.

- **If the response is not received by the AA within ten (10) calendar days the responder will receive a reminder with a copy going to the warden.**

- **Any inappropriate response will be returned to the appropriate Supervisor/Manager (or designee) and they will be given 48 hours to revise.**

- The **AWP's** assistant upon receipt of the e-mail grievance response from the assigned **Supervisor or Manager,** will enter the response in NOTIS/OIDISSUE within **three (3) working days.** After the response to the issue has been entered, a copy of the NOTIS generated response will be attached to the inmate's grievance. The grievance will then be forwarded to the **AWP** for review and signature.

- **The responding staff will sign two (2) copies of the response page.**

- Upon receipt of the grievance with attached NOTIS generated response the appropriate caseworker will meet with the inmate within three (3) working days to return the grievance and response to the inmate.
- The inmate will sign and date the Informal Grievance DOC 3091 and check agree or disagree. The caseworker will sign and date the grievance, and all copies of the Informal Grievance DOC 3091 will be returned to the inmate with the exception of the yellow copy which will be returned along with other relevant documents to include a copy of the response page with the inmate's signature and any documents the Department used to investigate the grievance to the **AWP's** assistant for filing in the inmates grievance file and inactivation of the grievance.
- If the inmate disagrees with the response at the informal level, the caseworker will ask the inmate if he wishes to proceed to the next level. If the inmate wishes to proceed, the caseworker will provide the inmate with a First Level Grievance Form DOC 3093 (Attachment F).
- Only after the grievance is signed by the inmate should the grievance be inactivated in NOTIS.

2.  Level One Grievance (Warden's response):  An inmate who disagrees with the response to his informal grievance may appeal to Level One for Warden's review and response as follows:

- The inmate will follow the same process for filing the Level One Grievance Form DOC 3093 that was followed when filing the Informal Grievance Form (see **740.02**).

- The Level One Grievance will be processed the same as the informal grievance with the following exceptions:

  o  The Informal Grievance and response must be attached to the Level One Grievance when it is submitted by the inmate.

  o  Level One Grievances will be investigated and a proposed response formulated by the appropriate Correctional Caseworker III (CCS III) will be forwarded to the Warden as the responder for review and signature.

- If the inmate disagrees with the Warden's response to the Level One Grievance, and wishes to appeal to the next level when it is returned to him, the inmate will be given a Second Level Grievance Form DOC 3094  (Attachment G) by his caseworker.

- Only after the grievance is signed by the inmate should the grievance be inactivated in NOTIS.

3.  Level Two Grievance (Deputy Director response):  An inmate who disagrees with the **level one** response may appeal to Level Two for the Deputy Director's review and response as follows:

- The Informal and Level One Grievances with responses must be attached to the Level Two Grievance when it is submitted by the inmate.

- The inmate will follow the same process for filing the Level Two Grievance Form DOC 3094 that was followed when filing the previous Level Grievances.

- The Level Two Grievance will be processed the same as the previous grievances with the following exceptions:

  o  **The appropriate AWP will review the Informal and First Level grievances along with all supporting documentation and compose a recommended/proposed response.**

  o  **The Warden will review the proposed level two responses and return them, if appropriate, to the appropriate AWPs assistant.**

  o  All proposed responses will be submitted to the Core Services AW's assistant.  The AW's assistant will be responsible for mailing these to the appropriate Deputy Director for review and signature.

  o  The AWP's assistant will prepare a memorandum listing all Level II responses being sent to the Deputy Director.

- Only after the grievance is signed by the inmate should the grievance be inactivated in NOTIS.

**740.03     GRIEVANCES REFERRED TO THE INSPECTOR GENERAL**

1.  Grievances alleging staff misconduct will be reviewed by the Warden and if deemed appropriate will be forwarded to the office of the Inspector General (IG) through NOTIS. The **appropriate AWP** will require the named staff to submit a written report regarding the allegations. The **AWP** should use discretion in cases involving illegal activities.

    - The informal response will reflect this has been initiated.

2.  The **AWP's** assistant will assign grievances to the IG's office using the Inmate Issues Screen (OIDISSUE).

3.  Once an inmate proceeds to the First Level of the grievance process, the CCSIII will review in NOTIS whether or not the IG's office has accepted or rejected the investigation.

    - The first Level response will reflect this in the response.

4.  An inmate must complete all three (3) steps of the grievance process even if his claim is being investigated.

5.  Once approved by the Warden, the grievance will be uploaded to the IG shared drive and the AA will email information to the IG's office.


**740.04     DISCIPLINARY APPEALS**

1.  When filing a disciplinary appeal the inmate will do the following:
    - The inmate will complete an Informal Grievance for tracking purposes and attach a Level One Grievance with Disciplinary Forms I, II, III, and any other documents to support his appeal.

    - The inmate will place the grievance in the grievance lock box in his housing unit for pick up by the **CCS.**

    - All Disciplinary Appeals will be processed as a Level One Grievance in accordance with this operating procedure.

**740.05     MEDICAL GRIEVANCES**

1.  Grievances that deal with medical issues will be forwarded to the medical department for response.

    - Informal Grievances will be forwarded to the Charge Nurse for investigation and response.
    - Level One Grievances will be forwarded to the Director of Nursing (DON) for investigation and response.

- Level Two Grievances will be forwarded to the Medical Director for response.

- All **previously outlined** response times apply.

**740.06          EMERGENCY GRIEVANCE**

1.     If an inmate has an issue that he feels is an emergency he may pursue his issue through the Emergency Grievance process by the following steps:

- The inmate will request an Emergency Grievance Form DOC 1564 (Attachment H) from any staff member.  The inmate will complete the Emergency Grievance Form and return it to the staff member.

- The staff member will accept the Emergency Grievance Form from the inmate.  The staff member will sign, date, and place the time on the Emergency Grievance.  The staff member will give the pink copy of the Emergency Grievance Form to the inmate.

- The staff member will contact the **shift** or section supervisor and report that an inmate has filed an Emergency Grievance.  The **shift** or section supervisor will make arrangement for the Emergency Grievance to be picked up and brought directly to him/her.

- Once the **shift** or section supervisor has received the grievance he/she will determine if the grievance is an actual emergency as defined in AR 740.

- If the Emergency Grievance is determined not to be an emergency the supervisor will write "not an emergency" in the comment/action portion of the Emergency Grievance Form.  The supervisor will then sign, date and place the time on the Emergency Grievance Form and have it returned to the inmate and retain the copy which will be forwarded to the **AWP.**

- If the Emergency Grievance is determined to be an emergency the supervisor will sign, date and place the time on the Emergency Grievance.  If it is within the authority of the supervisor he/she will take necessary measures to resolve the Emergency Grievance.  The grievance will then be processed in the same manner as described in **740.02.**

  o   If the supervisor is unable to resolve the Emergency Grievance he will forward the grievance to the highest ranking authority on the grounds for response.  After business hours the shift supervisor will contact the on call AW for course of action.

- **If the Emergency Grievance is determined to allege that the inmate is in substantial risk of imminent sexual abuse the supervisor will sign, date and place the time on the Emergency Grievance.  The supervisor will then take necessary measures to resolve the Emergency Grievance including:**

  o   **Immediate removal of the inmate/grievant from the area of the alleged danger;**
  o   **Immediate, initial written response to the Emergency Grievance;**

  o   **Contact the on call AW if after business hours;**

INMATE GRIEVANCE PROCEDURE

     o   **Emergency Grievance will be forwarded to the office of the Inspector General (IG) through NOTIS;**

     o   **The Inspector General (IG) will issue a final written decision within five (5) days.**

     o   **Upon the completion of the investigation into the sexual abuse Emergency Grievance the inmate shall be informed of the outcome of the investigation by the Inspector General's office.**

## 740.07     EXTERNAL GRIEVANCE TRACKING

1.    If an inmate is transferred from HDSP to another institution with grievances pending, the grievances will be responded to in accordance with this procedure and then forwarded to the warden at the institution where the inmate is currently housed utilizing a Grievance Memorandum (Attachment J).

2.    Grievances received from other institutions filed by inmates previously housed at this facility will be forwarded to the **warden's office.** Grievances received from other institutions will be processed in accordance with this operating procedure. Once the grievances has been responded to the grievance will be returned to the warden where the inmate is currently housed using a Grievance Memorandum.

## 740.08     PREA GRIEVANCES (SEXUAL ABUSE)

1.    **This section applies only to allegations of "sexual abuse" as defined by AR 421; it does not apply to allegations of "sexual harassment" as defined by AR 421.**

- **Time frames are waived for allegations of sexual abuse regardless of when the incident is alleged to have occurred.**

- **Any portion of a grievance that does not indicate an allegation of sexual abuse will have to meet the criteria listed in AR 740.03.**

- **Any third party reporting of sexual abuse against an inmate will be referred to the Warden or designee for entry into the NOTIS reporting system after the alleged victim is interviewed and agrees to pursue administrative remedies. If the inmate declines to have the request processed, it shall be documented in the NOTIS Reporting system.**

- **Allegations of sexual abuse will never be referred to the staff member who is the subject of the alleged sexual abuse.**

- **Inmates are not required to use an informal grievance process, or to otherwise attempt to resolve with staff, an alleged incident of sexual abuse.**

- Inmates are permitted third parties, including fellow inmates, staff members, family members, attorneys, and outside advocates, to assist inmates in filling requests for administrative remedies relating to allegations of sexual abuse and to file such requests on behalf on the inmates.

740.09    PROCEDURES AND TIME FRAMES FOR ALLEGATIONS OF SEXUAL ABUSE

1. This section applies only to allegations of "sexual abuse" as defined by AR 421; it does not apply to allegations of "sexual harassment" as defined by AR 421.

   - All allegations of sexual abuse will be referred to the inspector general's office for investigation via the First Level Grievance (DOC-3093). When an issue goes directly to the first level, the inmate shall file an Informal Grievance form for tracking purposes. The Inspector General's office will have 90 days to respond to this allegation.

     o The Grievance Coordinator will forward a copy of the allegation to the Inspector General's office immediately upon receipt.

   - At any time, the IG's office may request an extension if the time period for a response is insufficient to make an appropriate decision. The inmate will be notified in writing if additional time is needed by using an Extension of Time Request (DOC-3090). This request cannot exceed 70 days.

   - Upon the completion of the investigation into sexual abuse the inmate shall be informed of the outcome of the investigation by the Inspector General's office.

   - The inmate may appeal the decision to the Inspector General within 5 days of the response using a Second Level Grievance (DOC 3094). A response will be provided to the inmate within 60 days.

   - At any level of the administrative process, including the final level, if the inmate does not receive a response within the time allotted for reply, including any properly noticed extension, the inmate may consider the absence of a response to be a denial at that level.

   - If at any time it is deemed that an inmate has filed a grievance alleging sexual abuse, and HDSP and/or the Inspector General establishes that the grievance was filed in bad faith by the inmate, Notice of Charges may be filed in accordance with NDOC A.R. 740.09.

## ATTACHMENTS

Atch. A – Informal Grievance Form DOC 3091
Atch. B – Inmate Person Property Claim Form DOC 3026 (4 Pages)

INMATE GRIEVANCE PROCEDURE

Atch. C – Administrative Claim Form DOC 3095 (3 Pages)
Atch. D – Grievant's Statement Continuation Sheet DOC 3097
Atch. E – Unaccepted grievance memorandum DOC 3098
Atch. F – First Level Grievance Form DOC 3093
Atch. G – Second Level Grievance Form DOC 3094
Atch. H – Emergency Grievance Form DOC 1564
Atch. I – Grievance Transmittal Memorandum
Atch. J – Grievance Memorandum
Atch. K – Grievance flow chart

**Signature Authority:**

**Warden of Facility:**

Brian E. Williams, Sr.
(Printed Name)                    (Signature)

**Associate Warden:**

Jerry Howell
(Printed Name)                    (Signature)

**Deputy Director:**

Quentin Byrne
(Printed Name)                    (Signature)

**Associate Warden:**

Jennifer Nash
(Printed Name)                    (Signature)

**A/Associate Warden:**

Perry Russell
(Printed Name)                    (Signature)

**Associate Warden:**

Bruce Stroud
(Printed Name)                    (Signature)

**INMATE ACCESSIBLE:    NO**