# EXHIBIT I

## GRIEVANCE HISTORY REPORT

# EXHIBIT I



# State of Nevada
# Department of Corrections
## Inmate Grievance History

| INMATE NAME | NDOC ID | BOOKING ID |
|---|---|---|
| MARTELL, LEANDRE | 1248296 | 2021-105082 |

| ISSUE ID | DATE REPORTED | ISSUE TYPE | ISSUE REASON |
|---|---|---|---|
| 20063142403 | 08/04/2022 | GRIEVANCE | OTHER |

| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
|---|---|---|---|
| 09/04/2022 | IF | DENIED | , |

Proposed Response:
Official Response: Not an emergency grievance per AR740.

| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
|---|---|---|---|
| 09/04/2022 | IF | | , |

Proposed Response: 8/4
Wants to speak to a Sgt. Regarding his trial court date that was scheduled on 08/03/22 @2:00 pm. States he was supposed to have a caseworker present but was denied their presence and that messed up his trial time.

Official Response:

| ISSUE ID | DATE REPORTED | ISSUE TYPE | ISSUE REASON |
|---|---|---|---|
| 20063138728 | 04/27/2022 | GRIEVANCE | GRIEVANCES |

| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
|---|---|---|---|
| 08/19/2022 | IF | | WILLIAMS, JULIE |

Proposed Response: 4/25
Richard Houck CCSII on two different occasions has refused to submit my grievance regarding time computation of my sentence and his unprofessional misconduct. This issue was addressed to the grievance coordinator Julie Williams by Sgt. Clayton on 01/21/2022. The individual being grieved should not be (cont..)

Official Response: DIscharged no FWD Address provided
3098 IF
NO HARM/LOSS, ACTION, OR REMEDY: Per AR 740, If the inmate does not factually demonstrate a loss or harm and does not state the action or remedy that will satisfy the claim in the grievance, the grievance will not be accepted and returned to the inmate with an explanation as to what was missing in order for the grievance to be processed. Per AR 740, all grievances should also include the remedy sought by the inmate to resolve this claim.

NOT A KITE: Inmate has failed to demonstrate that he has attempted to resolve this matter prior to submitting a DOC 3091 Informal Grievance. A grievance will NOT be used as a KITE. This is NOT a KITE. Per AR740 states in good faith an inmate must is expected to make an attempt resolve this matter at its lowest level prior to filing a grievance. You have not provided any information or documentation that such efforts have been made.

Per AR 740.03 number 1B a Grievance will not be used as an inmate request form (DOC 3012) to advise staff of issues, actions or conditions that they do not like but suffered no harm or loss. Please see your Unit Caseworker for assistance.
Instructions: Please correct and resubmit within 5 days of receipt of this memo on a new Grievance form restating the factual harm and/or loss, the action, and the remedy on behalf of yourself, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance log number, and attach supporting documents so that this can be fully researched.



# State of Nevada
# Department of Corrections
## Inmate Grievance History

| ISSUE ID | DATE REPORTED | ISSUE TYPE | ISSUE REASON |
|---|---|---|---|
| 20063135537 | 03/02/2022 | GRIEVANCE | MEDICAL |
| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
| 03/31/2022 | IF | | WILLIAMS, JULIE |

Proposed Response: 2/23
On 1/24/22 at HDSP, Officers L. Rodriguez, Gonzalez, and an un-named officer demonstrated deliberate indifference with the involvement of the delay and denial of medical attention which resulted in continued pain and suffering (cont..)

Official Response: 3098 INF
CONTINUATION FORMS: Per AR 740.08 number 5, ?An inmate shall use Form DOC-3097, Grievant Statement Continuation Form, if unable to present the details of their claim in the space provided, limited to two continuation form pages or maximum of two continuation form pages.? Further, per AR 740.04 number 2G, ?It is considered abuse of the inmate grievance procedure when an inmate files a grievance that contains, but is not limited to: More than two (2) continuation forms (DOC 3097) per grievance.?

Instructions: Please correct and resubmit within 5 days of receipt of this memo on a new grievance form restating the factual harm or loss claim, action, and the remedy, using no more than 2 Continuation Forms, attach ALL previously submitted documents including prior submitted grievance(s) and Official Response(s) under this grievance number, and attach the prior Improper Grievance Memo(s) under this grievance number so that this can be fully researched.

SDCC >>> HDSP 07/26/2022.

| ISSUE ID | DATE REPORTED | ISSUE TYPE | ISSUE REASON |
|---|---|---|---|
| 20063130791 | 11/01/2021 | GRIEVANCE | SENTENCE ISSUES |
| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
| 12/01/2021 | IF | | , |

Proposed Response: on 09/06/21 I submitted an informal grievance regarding timekeeping & or offender management. However it hasnt been reviewed or responded to ! I dont have a log number for that...continued

Official Response: MISSING DOCUMENTS: Per AR 740.08 number 4D(5), ALL documentation and factual allegations available to the inmate must be submitted at this level with the grievance.
OUT OF TURN: The initial grievance process begins with the submission, receiving and accepting of a DOC 3091 Informal Grievance. You cannot proceed to the 2nd Level if the Informal Grievance and 1st level have not been accepted. A DOC 3098 Improper Grievance Memo is a rejection notice. This grievance was submitted out of turn.

| ISSUE ID | DATE REPORTED | ISSUE TYPE | ISSUE REASON |
|---|---|---|---|
| 20063129079 | 10/12/2021 | GRIEVANCE | SENTENCE ISSUES |
| DATE RETURNED | LEVEL | FINDING | ASSIGNED TO |
| 10/12/2021 | IF | | , |

Proposed Response: 9/08/2021
My cat B felony of coercion was redused to a non-violent cat c felony....

Official Response: INF LVL
Instructions: Please correct and resubmit within 5 days of receipt of this memo on a new DOC 3091 Informal Grievance form restating the factual harm/loss, action and remedy, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance number, and attach supporting documents so that this can be fully researched.