# EXHIBIT J

GRIEVANCE 29079

# EXHIBIT J



# Nevada Department of Corrections 2C 25B
## Improper Grievance Memo – High Desert State Prison

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Calvin Johnson
*Warden, HDSP*

TO:   Martell, Leandre #1248296
FROM: F. Dreesen, AW
DATE: 10/12/2021
RE: Improper Grievance #2006-31-29079        1st Reject    Informal Level Grievance

---

The attached grievance is being returned to you for the following reason(s):

This grievance may NOT proceed to the next level Per AR 740 due to the following:

☐ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal and local laws and regulations.
  ☐ Parole Board decision.
  ☐ Lacks Standing

☐ Grievance is not signed and dated. Per AR 740.03 number 6B, an inmate's election **not to sign and date** this form at any level shall constitute abandonment of the claim.

☐ Untimely submission.
☐ Abuse of Inmate Grievance Procedure.
  ☐ Contains more than one (1) appropriate issue, per grievance.
  ☐ **Missing Documents.**
     Per AR 740.08 number 4D (5), ALL **documentation** and factual allegations available to the inmate must be submitted at this level with the grievance.
  ☐ The claim or requested remedy changes or is modified from one level to another.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than two (2) Continuation Forms (Doc 3097) per grievance.
  ☐ Alteration of the grievance form or continuation forms. This includes writing more than one line, on each line provided on the grievance form. Additionally, per OP 740.04 Abuse of Inmate Grievance Procedure, number 2(H), "Altercation of the grievance forms or continuation forms. This includes writing more than one line, on each line provided on the grievance form Writing in the margins will not be accepted. Inmates must not use tape on any portion of the grievance.

After correcting the deficiencies listed below, you may re-submit your grievance.

■ Per AR 740.03 number 1a, If the inmate does not factually demonstrate a **loss or harm** and does not state the action or **remedy** that will satisfy the claim in the grievance, the grievance will not be accepted and returned to the inmate with an explanation as to what was missing in order for the grievance to be processed. Per AR 740.05 number 6, all grievances should also **include the remedy sought** by the inmate to resolve this claim.

**Per AR 740.01, number 2,** Each institution/facility shall establish locked boxes where all inmates have access to submit their grievances directly to the box. Keys will be issued by the Warden, to an AW and/or a designated staff. Further per AR 740.01 2(A), Lock boxes will be maintained in segregation/max units in a manner in which the inmate will be allowed to have direct access. A designated staff may go cell to cell to pick up grievances in segregation /max units due to security and safety concerns, if necessary.

DOC-3098 (01/17)

> **Instructions:** Please correct and resubmit within 5 days of receipt of this memo on a **new DOC 3091 Informal Grievance form restating the factual harm/loss, action and remedy, attach ALL previously submitted documents** including prior submitted grievance(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance number, and attach supporting documents so that this can be fully researched.

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____  12-3-21        _____  12/3/21
Witness Signature           Date            Inmate Signature          Date

cc: Original – Inmate    Copy - Grievance File

Log Number: 2006-31-29079

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: LeAndrew Martell    I.D. NUMBER: 1248296

INSTITUTION: H.D.S.P.    UNIT: 139 A

GRIEVANT'S STATEMENT: MY CAT B FELONY OF COERCION WAS REDUSED TO A NON-VIOLENT CAT C FELONY FOR PLEA BARGINING FOR A LESSER SENTENCE & THE AVAILIBILITY OF STAT TIME / Good TIME CREDIT WIT THE NEW AMENDED CHARGE OF ATTEMPTED COERCION. O.M.A ?

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signed]    DATE: 09-6-21    TIME: 6.00 PM

GRIEVANCE COORDINATOR SIGNATURE: [signed]    DATE: 11/5/21    TIME: 1P

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____    DATE: _____

___ GRIEVANCE UPHELD    ___ GRIEVANCE DENIED    ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: [signed]    DATE: 11/5/21

___ INMATE AGREES    _X_ INMATE DISAGREES

INMATE SIGNATURE: [signed]    DATE: 12/3/21

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

**RECEIVED**

SEP 08 2021

**HDSP**

DOC 3091 (12 / 01)