# EXHIBIT K

GRIEVANCE 30791

# EXHIBIT K



Steve Sisolak
*Governor*

# Nevada Department of Corrections
## Improper Grievance Memo –
## High Desert State Prison

Charles Daniels
*Director*

Calvin Johnson
*Warden, HDSP*

TO: MARTELL, LEANDRE  # 1248296
FROM: J. Williams, AW   /s/ AW Williams
DATE: 12/01/2021
RE: Improper Grievance #2006-31-30791   1st   Reject   Informal Level Grievance

---

The attached grievance is being returned to you for the following reason(s):

**This grievance may NOT proceed to the next level Per AR 740 due to the following:**

☐ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal and local laws and regulations.
  ☐ Parole Board decision.
  ☐ Lacks Standing

☐ Grievance is not signed and dated. Per AR 740.03 number 6B, an inmate's election **not to sign and date** this form at any level shall constitute abandonment of the claim.
☒ Untimely submission.
☐ Abuse of Inmate Grievance Procedure.
  ☐ Contains more than one (1) appropriate issue, per grievance.
  ☐ **Missing Documents.**
     Per AR 740.08 number 4D (5), ALL **documentation** and factual allegations available to the inmate must be submitted at this level with the grievance.
  ☐ The claim or requested remedy changes or is modified from one level to another.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than two (2) Continuation Forms (Doc 3097) per grievance.
  ☐ Alteration of the grievance form or continuation forms. This includes writing more than one line, on each line provided on the grievance form. Additionally, per OP 740.04 Abuse of Inmate Grievance Procedure, number 2(H), "Altercation of the grievance forms or continuation forms. **This includes writing more than one line, on each line provided on the grievance form** Writing in the margins will not be accepted. Inmates must not use tape on any portion of the grievance.

**After correcting the deficiencies listed below, you may re-submit your grievance.**

■ **MISSING DOCUMENTS:** Per AR 740.08 number 4D(5), ALL **documentation** and factual allegations available to the inmate must be submitted at this level with the grievance.
**OUT OF TURN:** The initial grievance process begins with the submission, receiving and accepting of a DOC 3091 Informal Grievance. You cannot proceed to the 2nd Level if the Informal Grievance and 1st level have not been accepted. A DOC 3098 Improper Grievance Memo is a rejection notice. This grievance was submitted out of turn.

■ **Instructions:** Please correct and resubmit within 5 days of receipt of this memo on a new Grievance form restating the factual harm and/or loss, the action, and the remedy, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, the Official Response(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance number, and attach supporting documents so that this can be fully researched.

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

---

Witness Signature _____  Date _____   Inmate Signature _____   Date _____
cc: Original – Inmate    Copy - Grievance File

DOC-3098 (01/17)

LOG NUMBER: 2006 31 30791

# NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME LEANDRE MARTELL    I.D. NUMBER 1248296

INSTITUTION HIGH DESERT STATE PRISON    UNIT 2C-25

I REQUEST THE REVIEW OF THE GRIEVANCE LOG NUMBER _____ ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE *LeAndre Martell*    DATE 11/1/21

WHY DISAGREE ON 09/06/21 I submitted an informal grievance regarding timekeeping & or offender management. However it hasn't been reviewed or responded to! I don't have a log number for that. On 06/16/21 I entered a plea agreement with the state of Nevada. This plea agreement had certain major

GRIEVANCE COORDINATOR SIGNATURE AW Williams    DATE 12/15/21

SECOND LEVEL RESPONSE: DOC 3098

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE _____ TITLE _____ DATE _____

GRIEVANCE COORDINATOR SIGNATURE AW Williams    DATE 12/15/21

INMATE SIGNATURE _____ DATE _____

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
NOV 30 2021
HDSP

DOC 3094 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Leandre Martell    I.D. NUMBER: 1248296

INSTITUTION: High Desert State Prison    UNIT #: 2C-25

GRIEVANCE #: _____    GRIEVANCE LEVEL: 2ND

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF 2

Stipulations which was the only reason why I agreed. I was promised that I would only spend 7½ months incarcerated if I pled. The District Attorney (Brandon Albright) stated that I would be home before I could get to trial if I pled out. My category B felony was not reduced to a C felony for an imposed 12-30 month sentence. It was and only reduced for the availability of good time/stat time credit that other inmates recieve under the same category of offenses! With much respect to the system if my plea bargain isn't honorable by N.D.O.C that indicates that I signed a deal under false pretense which violates my Constitutional Rights under the Eighth Amendment of Due Process! They indicated on record that I wouldn't spend a full year in jail & told me I will get all my credit upon arrival however N.D.O.C is mandating me to spend a full year incarcerated before eligible for parole. I did not receive

Original:   Attached to Grievance
Pink:       Inmate's Copy

NOV 30 2021
HDSP

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: LEANDRE MARTELL        I.D. NUMBER: 1248296

INSTITUTION: HIGH DESERT STATE PRISON   UNIT #: 2C-25

GRIEVANCE #: _____   GRIEVANCE LEVEL: 2ND

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2

ANY CREDIT THAT MY PLEA MANDATED ME TO ~~SERVE~~ RECEIVE. IF I CAN NOT RECEIVE WHAT WAS PROMISED TO ME BY THE JUDGE, DA & COURT SYSTEM OF NEVADA I WANT TO FILE A MOTION TO WITHDRAWL MY Guilty pLEA. THAT'S ANOTHER ISSUE THAT I'm HAVING TROUBLE WITH BECAUSE THE LAW LIBRARY EITHER REFUSES TO SEND THE PAPERWORK TO ME AFTER MANY REQUEST OR IT DOESN'T HAVE THE FORM WHICH THEN INABLES INMATE litigants THE RIGHT TO legal matERIALS THAT WE ARE MANDATED TO RECEIVE OR BE AVAILABLE TO ~~use~~ US. So This THEN MAKES ME Subject to sit IN PRISON loNGER THAN PROMISED & NEGOTiated AS WELL AS NOT BEING ABLE TO properly CHAllenGE A Conviction & OR AUTHORITIES. This is UNConstitutionAL TO PRISONERS RIGHTS. CAN Somebody plz Help ME OUT & GET TO THE BOTTOM OF This problem .. THIS IS DIRECTED TO TIME KEEPING & OR OFFENDER MANAGEMENT.

Original:   Attached to Grievance
Pink:       Inmate's Copy

NOV 30

HDSP

DOC – 3097 (01/02)

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _____ I.D. NUMBER: _____

INSTITUTION: _____ UNIT: _____

GRIEVANT'S STATEMENT: MY CAT B FELONY OF COERCION WAS REDUCED TO A NON-VIOLENT CAT C FELONY FOR PLEA BARGAINING FOR A LESSER SENTENCE & THE AVAILABILITY OF STAT TIME AND TIME CREDIT WITH THE NEW MANDATORY CHANGE OF ATTEMPTED SECOND O.M.A ?

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 09-6-21 TIME: 6:00 PM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

____ INMATE AGREES ____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | | |
|---|---|---|
| Original: | To inmate when complete, or attached to formal grievance | RECEIVED |
| Canary: | To Grievance Coordinator | |
| Pink: | Inmate's receipt when formal grievance filed | NOV 30 2021 |
| Gold: | Inmate's initial receipt | |

HDSP

DOC 3091 (12 / 01)