# EXHIBIT L

GRIEVANCE 30728

# EXHIBIT L

HDSP

Log Number 2006·31·38728

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: LEANDRE MARTELL    I.D. NUMBER: 1246296

INSTITUTION: S.D.C.C    UNIT: 11-B 2M

GRIEVANT'S STATEMENT: RICHARD HOUCK SC# CASEWORKER ON TWO DIFFERENT OCCASSIONS HAS REFUSED TO SUBMIT MY GRIEVANCE REGARDING TIME COMPUTATION OF MY SENTENCE AND HIS UNPROFESSIONAL MISCONDUCT. THIS ISSUE WAS ADDRESS TO THE GRIEVANCE COORDINATOR Julie Williams BY SGT CLAYTON ON 01/21/22. THE INDIVIDUAL BEING GRIEVED SHOULD NOT BE

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature]    DATE: 04/25/22    TIME: 8:4m

GRIEVANCE COORDINATOR SIGNATURE: [signature]    DATE: 4/28/22    TIME: 4:20

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____    DATE: _____

___ GRIEVANCE UPHELD    ___ GRIEVANCE DENIED    ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____    DATE: _____

___ INMATE AGREES    ___ INMATE DISAGREES

INMATE SIGNATURE: _____    DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Received SDCC
APR 27 2022
AWP

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: LEANDRE MARTELL    I.D. NUMBER: 1243296

INSTITUTION: S.D.C.C.    UNIT #: 11-B 2M

GRIEVANCE #: _____    GRIEVANCE LEVEL: INFORMAL

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF ~~2~~

ALLOWED TO HANDLE THE GRIEVANCE TO PREVENT RETALIATION AND TO ENSURE THE PROTECTED ACTIVITY THE GRIEVANCE PROCEEDURE IS MADE TO OFFER INMATES. HOWEVER Julie Williams still ALLOWED HOUCK TO HANDLE MY GRIEVANCE THAT WAS NEVER SUBMITTED FOR REVIEW. I'VE BEEN TRYING TO CHALLENGE MY TIME COMPUTATION SINCE SEPTEMBER 8TH. THIS IS CLEARLY A ISSUE THAT NEEDS TO BE HANDLED. HOUCK CAN'T CLAIM THAT HE NEVER RECEIVED IT BECAUSE SGT CLAYTON HIMSELF locked MY GRIEVANCE INTO THE GRIEVANCE BOX TO BE A WITNESS TO MY CLAIM. HAD HIGH DESERTS POLICY & PROCEEDURE BEEN CORRECTLY FOLLOWED THIS WOULDN'T HAVE HAPPENED. IN RESULT I AM UNABLE TO CHALLENGE THE LENGTH OF MY SENTENCE AND I'VE BEEN RETALIATED AGAINST FOR ATTEMPTING TO USE THE GRIEVANCE PROCEEDURE. THE REMEDY I SEEK IS TO PERMINATELY HAVE HOUCK REMOVED OF HIS DUTIES AS HE CONTINUOUSLY FAILS TO COMPLY JEOPORDIZING THE INTEGRITY OF HIGH DESERT STATE PRISON AND IT'S STAFF. I WILL FILE A CIVIL COMPLAINT §1983 IN FEDERAL COURT FOR VIOLATING MY FIRST AMENDMENT

Received SDCC APR 27 2022

AWP

Original:    Attached to Grievance
Pink:    Inmate's Copy

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: LEANDRE MARTELL  I.D. NUMBER: 1246296

INSTITUTION: S.D.C.C.  UNIT #: 11-B 2M

GRIEVANCE #: _____  GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:  PG. 2 OF 2

RIGHT OF THE U.S. Constitution TO BE FREE OF Retaliation FOR THE USE OF ENGAGING IN PROTECTED ACTIVITY. Due To His NEGLIGENCE I'VE BEEN UNABLE To Challenge THE LENGTH OF MY SENTENCE FORCING ME To SPEND MORE TIME IN PRISON THAN THE Courts MANDATED ME To SPEND. WHEN Julie Williams was Notified By SGT Clayton OF THESE ISSUES she WAS NOT Supposed To put MY GRIEVANCE BACK into the HANDS OF Richard Houck Knowing THE SERIOUSNESS OF MY GRIEVANCE AND WHAT iT MEANT TO My SAFETY AND WELL-BEING! I REQUEST TO BE SEEN By A WARDEN, Your CASE WORKERS CCII Houck & CCII Turnes DISREGARDS MY claim AND ASSOCIATE WARDEN Julie Williams KNEW THIS WOULD HAPPEN AND REFUSED TO DO ANYTHING To ~~prevent~~ PREVENT iT FROM HAPPENING please AND THANK YOU. SGT Clayton SUBMITTED My GRIEVANCE ON 01/22/22

Original: Attached to Grievance
Pink: Inmate's Copy

Received SDCC APR 27 2022
AWP

DOC – 3097 (01/02)