# EXHIBIT P

05/02/2024
DECLARATION OF GERARD DIGIOIA

# EXHIBIT P

AARON D. FORD
 Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*
*Gordon Gates, Lonnie Light*
*Dylan Pagud, and John Vega*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEANDRE MARTELL, | Case No. 2:22-cv-00858-RFB-BNW |
| Plaintiff, | **DECLARATION OF GERARD DIGIOIA** |
| v. | |
| JULIE WILLIAMS, *et al.*, | |
| Defendants. | |

I, Gerard DiGioia, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. I am employed by the Nevada Department of Corrections ("NDOC"), as an Administrative Assistant II and have been employed by the NDOC since April 6, 2020.

2. In my capacity as an Administrative Assistant II for the NDOC, I have been designated by the NDOC as a custodian of record, wherein I maintain custody over the Administrative Regulations ("AR"), which paper copies are maintained in file cabinets in a controlled area within the NDOC in the ordinary course of business. Therefore, I have personal knowledge of the matters asserted herein and am competent to testify thereto, save for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true.

3. I was contacted by counsel in the matter of *Martell v. Williams, et al.*, now proceeding in the United States District Court, District of Nevada, as Case Number 2:22-

1  cv-00858-RFB-BNW I make this declaration in support of Defendants' Motion for Summary
2  Judgment.

3      4.    I certify that the document identified as Exhibit G is a true and correct copy
4  of Nevada Department of Corrections Administrative Regulation 740 – Inmate Grievance
5  Procedure, effective date November 20, 2018. This AR is maintained in the ordinary course
6  of business.

7      5.    I certify that the document identified as Exhibit O is a true and correct copy
8  of Nevada Department of Corrections Administrative Regulation 740 – Inmate Grievance
9  Procedure, effective date April 28, 2022. This AR is maintained in the ordinary course of
10 business.

11 FURTHER I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing
12 is true and correct.

13 DATED this 2nd day of May, 2024.

                                                  /s/ *Gerard DiGioia*
14                                                   Gerard DiGioia