# EXHBIT #A

APPEAL TO THE SUPREME COURT

FROM THE DENIAL OF MY

WRIT OF HABEUS CORPUS